FILED'08 APR 15 12:32 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

TERRY RAMSEY,

                  **Plaintiff,**

      v.                                  Civil No. 07-196-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                  **Defendant.**

## JUDGMENT

This action is reversed and remanded for payment of benefits.

Dated: April  15 , 2008.

                                        /s/ Ann Aiken
                                        ANN AIKEN
                                   United States District Judge

**JUDGMENT**                                        **DOCUMENT NO:** _____