FILED '08 AUG 04 09:54 USDC-ORE

WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TERRY RAMSEY,**                                             CV # 07-196-AA

    Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this _1_ day of August, 2008.

                                                     _/s/ Ann Aiken_
                                                     United States District Judge

Submitted on July 24, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1